UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAHRON BLACK on behalf of himself and all others similarly situated,<br><br>       Plaintiffs,<br><br>-against-<br><br>LABOR SKATEBOARD SHOP, INC. and OUTDOOR SKATEBOARD SUPPLY, LLC,<br><br>       Defendant. | Docket No: 1:24-cv-1360<br><br>**NOTICE OF SETTLMENT** |

Now comes the Plaintiff JAHRON BLACK by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. On the date of this Notice, a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Parties jointly and respectfully request that the Court stay this case and adjourn all deadlines and conferences including the October 9, 2024 deadline to submit a joint pretrial order and the pretrial conference currently scheduled for October 15, 2024.

Dated: Hicksville, New York
    October 7, 2024

                 Respectfully submitted,

                 /s/ *Mars Khaimov*

                 Mars Khaimov, Esq.
                 Mars Khaimov Law, PLLC
                 100 Duffy Ave., Suite 510
                 Hicksville, NY 11801

mars@khaimovlaw.com

2